(13 Misc. Rep. 726.)

## PATTON v. PATTON.

(Superior Court of New York City, Special Term. August, 1895.)

DIVORCE—ALIMONY AND COUNSEL FEES—ACTION FOR SEPARATION.
    An allowance for alimony and counsel fees will not be granted in an action for a separation.

Action by Jane A. Patton against David H. Patton for a separation. Plaintiff moves for an allowance for alimony and counsel fees. Denied.

August C. Nanz, for the motion.
Asa A. Alling, opposed.

GILDERSLEEVE, J. It has been the practice of this court, for some time past, to decline to entertain motions for alimony and counsel fees in suits for a separation. In Ruopp v. Ruopp (Super. N. Y.) 35 N. Y. Supp. 251, Judge McAdam wrote as follows:

"Support may be summarily coerced through the police courts. These tribunals have the coercive process,—short, sharp, and decisive,—corps of officers, and the power of commitment, of a much more summary character than that possessed by any court of record. It was intentionally made so by the legislature, and plaintiff ought to avail herself of these facilities."

This ruling has been repeatedly followed by the judges of this court, and in the present case I feel constrained to adhere to former precedents. The motion for alimony and counsel fees is denied, without prejudice to police remedies. No costs.

Motion denied, without costs.